UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GERMAN VERA,<br><br>                    Petitioner,<br><br>          v.<br><br>RAYMOND MADDEN,<br><br>                    Respondent. | Case No. 2:19-07920 VAP (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Opposition to the Motion to Dismiss, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated March 17, 2020 [Dkt. No. 15], and Petitioner's Objections to Report and Recommendation [Dkt. No. 20]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 15] is accepted;

2. Respondent's Motion to Dismiss [Dkt. No. 9] is granted;

3. The Petition is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED:  June 8, 2020

_____
THE HONORABLE VIRGINIA A. PHILLIPS
United States District Judge