JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GERMAN VERA, | Case No. 2:19-07920 VAP (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 8, 2020

_____
THE HONORABLE VIRGINIA A. PHILLIPS
United States District Judge